UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:14-cv-01377-DMG-SH | Date | 9/5/2014 |
| Title | MARC PHELPS V. PRECISION AUTO PROTECTION LLC | | |

Present: The Honorable <u>DOLLY M. GEE, UNITED STATES DISTRICT JUDGE</u>

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **(IN CHAMBERS) PILOT PROJECT RE SEALED DOCUMENTS**

Judge Dolly M. Gee is participating in a pilot project regarding the submission of SEALED DOCUMENTS. Effective July 8, 2013, all proposed sealed documents must be submitted via e-mail to the Judge's Chambers email at DMG_Chambers@cacd.uscourts.gov. Please refer to the Court's website @ www.cacd.uscourts.gov, under Judge Gee's Procedures and Schedules (paragraph 19) for detailed instructions for submission of sealed documents.

IT IS SO ORDERED.

Initials of Deputy Clerk: im