1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PHELPS, AND JOSH SPECTOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION AUTO PROTECTION LLC,<br><br>Defendant. | **Case No.:** SA CV14-1377-DMG (SHx)<br><br>ORDER AND JUDGMENT AGAINST DEFENDANT PRECISION AUTO PROTECTION LLC IN FAVOR OF PLAINTIFF MARC PHELPS [28] |

On August 12, 2015, Defendant PRECISION AUTO PROTECTION LLC ("Defendant") made an Offer of Judgment to Plaintiff MARC PHELPS ("Mr. Phelps"). [Doc. # 27.] Thereafter, Mr. Phelps accepted the Offer on August 26, 2015. [Doc. # 28.] Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Mr. Phelps and against Defendant pursuant to Federal Rule of Civil Procedure, Rule 68; and
2. Judgment shall be for the total sum of $5,000.00 (five thousand dollars and zero cents), inclusive of all costs of suit.

DATED: August 26, 2015  _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**