JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PHELPS, AND JOSH SPECTOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION AUTO PROTECTION LLC,<br><br>Defendant. | Case No.: SA CV 14-1377-DMG (SHx)<br><br>**ORDER GRANTING JUDGMENT IN FAVOR OF DEFENDANT PRECISION AUTO PROTECTION LLC [43]** |

There are no material disputes of facts and the Parties have stipulated that (1) Defendant has not used and does not use an artificial or pre-recorded voice in making calls to consumers; (2) Defendant has not used and does not use an automatic telephone dialing system (as defined by the Telephone Consumer Protection Act) in making calls to consumers; and (3) Defendant does not violate and has not violated the Telephone Consumer Protection Act. Given these stipulated facts, the Parties have also stipulated to a Judgment being entered in Defendant's favor, with each party to be responsible for his/its own costs and attorneys' fees. Accordingly, the Court finds good cause for ordering that Judgment be entered in favor of Defendant.

**IT IS ORDERED** that Judgment shall enter and is hereby entered for Defendant Precision Auto Protection LLC on all claims asserted against it. Each party shall be responsible for his/its own costs and attorneys' fees.

Defendant's Motion to Vacate August 26, 2015 Order and Judgment Pursuant to Fed. R. Civ. P. 60(b) [Doc. # 30], Defendant's Motion for Summary Judgment [Doc. # 31], and Plaintiff Josh Spector's Motion to Dismiss Plaintiff Spector's Claims with Prejudice and the Putative Class Members Without Prejudice Pursuant to Fed. R. Civ. P. 41(A)(2) [Doc. # 33] are DENIED as moot. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: October 23, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE